1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9    STEPHEN KOBE,                            No. C 09-506 SI (pr)

10             Petitioner,                    **ORDER**

11        v.

12   BEN CURRY, warden,

13             Respondent.
                                          /
14

15        This <u>pro se</u> action for a writ of habeas corpus was filed on February 4, 2009, at which

16   time the court notified petitioner in writing that the action was deficient due to the failure to

17   pay the filing fee or furnish a completed and signed court-approved <u>in forma pauperis</u>

18   application.  Petitioner was advised that failure to pay the fee or file the application materials

19   within thirty days would result in dismissal of the action.  The deadline passed long ago, but

20   petitioner still has not paid the filing fee or filed an <u>in forma pauperis</u> application.   Petitioner

21   will be given one more chance to comply with the requirement that he pay the filing fee or

22   file an <u>in forma pauperis</u> application.  This action will be dismissed if petitioner has not filed

23   a completed <u>in forma pauperis</u> application or paid the $5.00 filing fee by **June 30, 2009.**

24        IT IS SO ORDERED.

25   DATED: June 5, 2009                    _____
                                                    SUSAN ILLSTON
26                                            United States District Judge

27

28

**United States District Court**
For the Northern District of California