# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Stephen KOBE,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>Randy GROUNDS, Warden of the<br>Correctional Training Facility,[1]<br><br>　　　　　Respondent. | Case Number 09-cv-506-SI-PR<br><br>ORDER DENYING PETITION FOR<br>WRIT OF HABEAS CORPUS |

Petitioner, a state prisoner, filed the present action to challenge the decision of the California Board of Parole Hearings to deny him parole on September 6, 2007. He claims that he did not receive due process when he was denied parole. In particular, he alleges that the decision to deny parole was not supported by some evidence of his current dangerousness.

The Supreme Court of the United States recently held that "it is no federal concern . . . whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." *Swarthout v. Cooke*, 131 S. Ct. 859, 863 (2011). Rather, a prisoner in California who is denied parole "receive[s] adequate process when he [is]

---

[1] Randy Grounds is automatically substituted for his predecessor pursuant to Federal Rule of Civil Procedure 25(d).

1 allowed an opportunity to be heard and [is] provided a statement of the reasons why his parole [is]
2 denied. The Constitution . . . does not require more." *Id.* at 862 (internal citation and quotation
3 marks omitted).

4 The record reflects that Petitioner was allowed an opportunity to be heard and was provided
5 a statement of the reasons why his parole was denied. Petitioner therefore received adequate process
6 when he was denied parole.

7 Accordingly, and good cause therefor appearing, the Court denies the petition for a writ of
8 habeas corpus. The Court also denies a certificate of appealability because it cannot be said that
9 "reasonable jurists would find the district court's assessment of the constitutional claims debatable
10 or wrong." *Slack v. McDaniel*, 529 U.S. 413, 484 (2000). The Clerk shall enter judgment in favor
11 of Respondent and shall close the file.

13 **IT IS SO ORDERED.**

16 DATED: August 9, 2011                                 _____
                                                         SUSAN ILLSTON
17                                                       United States District Judge