UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Stephen KOBE,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>Randy GROUNDS, Warden of the Correctional Training Facility,<br><br>　　　　　　Respondent. | Case Number 09-cv-506-SI-PR<br><br>JUDGMENT |

The petition for writ of habeas corpus is denied. Accordingly, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: August 9, 2011

_____
SUSAN ILLSTON
United States District Judge

1